# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE:                                              CASE NO. 18-57029

    CRYSTAL R CAMPBELL

                                                                          CHAPTER 13

    DEBTOR

                                                                          JUDGE JOHN E. HOFFMAN JR.

---

## OBJECTION TO CONFIRMATION

---

    TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**    The Chapter 13 Statement of Financial Affairs, Plan, Means Test, or Schedules must be amended to reflect the changes in the following areas: Plan provides treatment for Ohio State Department of Taxation under section 5.4.1 of the Plan. Motion as proposed in Section 5.4.1 of the Plan has not been completed.

**X**    Payments due pursuant to U.S.C. § 1326 (a)(1) and § 1325 (a)(2) have not been made. Remainder of first payment needed.

    Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 12/19/2018                                                    Respectfully submitted,

                                                                          /s/ Faye D. English

                                                                          Faye D. English
                                                                          Chapter 13 Trustee
                                                                          One Columbus
                                                                          10 West Broad St., Suite 900
                                                                          Columbus, OH  43215-3449

                                                Telephone: 614-420-2555
                                                Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 12/19/2018 addressed to:

    Crystal R Campbell
    5761 Chase Run
    Galloway, Oh 43119

                                                /s/ Faye D. English
                                                Faye D. English (0075557), Chapter 13 Trustee